1  CHARLES H BOLCOM (SBN #193762)
   Cooper & Scully, P.C.
2  423 Washington St., Suite #400
   San Francisco, CA. 94111
3  Telephone (415) 956-9700
   E-mail: Charles.Bolcom@cooperscully.com
4
   Julie M. Koenig
5  *Application for Admission Pro Hac Vice Pending*
   Cooper & Scully, P.C.
6  815 Walker, Suite 1040
   Houston, Texas 77002
7  Telephone: (713)236-6925
   E-mail: Julie.Koenig@cooperscully.com
8
   Attorneys for World's Children

**FILED**

**SEP 3 0 2022**

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., et al.<br><br>Debtors, | Case No. 20-30604<br>(JOINTLY ADMINISTERED)<br><br>CHAPTER 11 |
| MICHAEL GOLDBERG, TRUSTEE OF THE PFI TRUST,<br><br>Plaintiff<br><br>Vs.<br><br>WORLD'S CHILDREN,<br><br>Defendant | ADVERSARY NO. 22-03095<br><br>APPLICATION FOR ADMISSION OF ATTORNEY JULIE M. KOENIG *PRO HAC VICE*<br><br>[No Hearing Requested] |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Julie M. Koenig, an active member in good standing of the bar of the State of Texas, and admitted to practice before the U.S. Court of Appeals for the Fifth Circuit, and the U.S. District and Bankruptcy Courts for the Southern, Eastern, Western and Northern Districts of Texas, hereby applies for admission to practice in the Northern

Page 1

District of California on a *pro hac vice* basis representing World's Children in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; a Certificate of Good Standing is attached hereto as Exhibit "A".

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the local rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>Charles Bolcom
>Cooper & Scully, PC
>423 Washington St., Suite 400
>San Francisco, AA 94111
>Tel:   (415) 956-9700
>Fax:   (415) 391-0274
>Email: Charles.Bolcom@cooperscully.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 28, 2022          */s/ Julie M. Koenig*
                                    Julie M. Koenig

## Certificate of Service

I, Julie M Koenig the undersigned, hereby declare:

I am the attorney for World's Children, Defendant in the above-captioned Adversary Proceeding No. 22-03095, with offices at Cooper & Scully, PC, 815 Walker, Suite 1040, Houston Texas 77002.

On September 29, 2022, I caused to be served the following documents in the manner stated below:

Application for Admission of Julie M. Koenig *Pro Hac Vice*

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): The foregoing document was served by the court via NEF and hyperlink to the document. On September 29, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.<br><br>John D. Fiero on behalf of Plaintiff Michael Goldberg<br>jfiero@pszjlaw.com, ocarpio@pszjlaw.com |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2022 at Houston, Texas.

/s/ *Julie M. Koenig*
Julie M. Koenig

# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Julie Mitchell Koenig, Federal ID No 10396

Admission date: March, 17, 1989

Dated September 26, 2022, at Houston, Texas.

*Nathan Ochsner*

Nathan Ochsner, Clerk of Court

By: Claire Cassady, Deputy Clerk



```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30067452 - JB

September 30, 2022
    10:45:15

PRO HAC VICE FEE
    22-03095
Title..: GOLDBERG V. WORLD'S CHILDREN
Judge..: HANNAH BLUMENSTIEL
Amount.:            $317.00 CH
Check#.: 203295



Total-> $317.00



FROM: COOPER & SCULLY
```